IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:      Leroy Frazier, Jr.       )
                                     )      15 B 32626
                                     )      Judge Deborah L. Thorne

*Notice of Motion & Certificate of Service*

**Leroy Frazier, Jr**
327 Bohland Avenue
Bellwood, IL 60104
*Via U.S. Mail, postage prepaid*

Charles L. Magerski
Sulaiman Law Group, LTD.
*Vai ECF noticing procedures*


On **February 8, 2016 at 9:30 a.m.** I will appear in Courtroom 613 of the Dirksen Federal Building at 219 S. Dearborn Chicago, IL 60604 before the Honorable Deborah L. Thorne or whomever may be sitting in her stead, and present this motion, a copy of which is hereby served upon you.


I, the undersigned attorney, certify under penalty of perjury that I served or
caused service of a copy of this notice and attached motion, by the method stated above,
to the above listed persons on January 22, 2016 before the hour of 5:00 p.m.

                                    Marilyn O. Marshall, Trustee,

                                    /s/A. Stewart Chapman
                                    By: A. Stewart Chapman

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 S. Michigan, Suite 800
Chicago, IL 60604
(312) 431-1300

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:      Leroy Frazier, Jr.         )
                                        )     15 B 32626
                                        )     Judge Deborah L. Thorne

Trustee's Motion to Examine Fees

COMES NOW, Marilyn O. Marshall, Standing Trustee, and requests that this Honorable Court examine the attorney's fees paid to the debtor's attorney under 11 U.S.C. §329, and in support thereof, states as follows:

1. The debtor filed a petition for relief pursuant to Chapter 13 of Title 11 on September 24, 2015

2. This is a core proceeding under 28 U.S.C. §157.

3. According to the Disclosure of Compensation of Attorney for Debtor (2016(b) form), the attorney agreed to receive $4,000.00 for representing the debtor in this case and has received $4,000.00 prior to the filing of the petition.

4. On the date the Petition was filed, the debtor's attorney also filed Schedules and a Plan.

5. The Plan proposed by the debtor is for a term of 12 months with plan payments of $207.00. General unsecured creditors are to be paid 100% of their allowed claims.

6. According to the Schedule A filed by the debtor, the debtor is the owner of a parcel of real estate located at 327 Bohland Ave., Bellwood, IL.  According to the Schedule A filed by the debtor, the current value of the debtor's interest in the property is $135,287.00.

7. According to both the debtor's Schedule A and his Schedule D, there is a claim secured by that property in the amount of $61,082.41.

8. Therefore, according the filed Schedules, the debtor has equity in the property of approximately $53,367.69.

9. The debtor's Schedule B lists ownership in a Credit Union One bank account ending in 6200-20 that had a value of $19,000.00 on the date of the Petition. The debtor also listed a second bank account at the same credit union with $500.00 in it.

10. The debtor's Schedule F lists total debts of $16,423.69. $14,065.00 that amount is owed to the Department of Education for a student loan.

11. The plan states that the debtor will make the student loan payments directly.

12. It does not appear that the filing of the instant bankruptcy is of any benefit to the debtor. It also does not appear to be for the benefit of any creditors either.

13. Under the circumstances of this case, the compensation received by the attorney exceeds the reasonable value of such services.

WHEREFORE, Standing Chapter 13 Trustee, Marilyn O. Marshall requests that this Honorable Court disallow the debtor's attorney's fee in full and order the attorney to return any fee paid by the debtor, and any further relief that this Honorable Court deems just.

Respectfully submitted,
Marilyn O. Marshall

/s/A. Stewart Chapman
A. Stewart Chapman

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan, Suite 800
Chicago, IL 60604
312-431-1300