## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| Leroy Frazier, Jr. | : | Case No.:  15-32626 |
| | : | Chapter 13 |
| Debtor. | : | Judge Deborah L. Thorne |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF MOTION

**Notified via Electronic Filing**

U.S. Trustee, Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Marilyn O. Marshall
224 South Michigan, Suite 800
Chicago, IL  60604

Charles L. Magerski
Attorney for Leroy Frazier, Jr.
Sulaiman Law Group, LTD
900 Jorie Boulevard, Suite 150
Oak Brook, IL  60523
cmagerski@sulaimanlaw.com

**Notified via US Postal Service**

Leroy Frazier, Jr.
327 Bohland Avenue
Bellwood, IL  60104

Leroy Frazier, Jr.
Janice Frazier
327 Bohland Ave
Bellwood, IL  60104

Please take notice that on February 1, 2016, at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Deborah L. Thorne, 219 South Dearborn, 668, Chicago, IL, 60604 or before any other Bankruptcy Judge who may be presiding in his/her

place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## **AFFIDAVIT OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on the 25th day of January, 2016, unless a copy was provided electronically by the Clerk of the Court.

Date  January   25  , 2016 _____          _____ /s/ Todd J. Ruchman _____

                                                                              Signature

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion for Relief

from the Automatic Stay and Co-Debtor Stay (First Mortgage) was served on the parties listed

below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S.
Dearborn Street, Room 873, Chicago, IL 60604

Marilyn O. Marshall, 224 South Michigan, Suite 800, Chicago, IL  60604

Charles L. Magerski, Attorney for  Leroy Frazier, Jr., Sulaiman Law Group, LTD, 900 Jorie
Boulevard, Suite 150, Oak Brook, IL  60523, cmagerski@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale
Blvd,  Grandview Heights, OH 43212, on January __25__, 2016:

Leroy Frazier, Jr., 327 Bohland Avenue, Bellwood, IL  60104

Leroy Frazier, Jr. and Janice Frazier, 327 Bohland Ave, Bellwood, IL 60104

/s/ Todd J. Ruchman

15-036786_JDM1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

|  |  |  |
|---|---|---|
| | **:** | |
| **In re:** | **:** | |
| | **:** | |
| **Leroy Frazier, Jr.** | **:** | **Case No.:  15-32626** |
| | **:** | **Chapter 13** |
| **Debtor.** | **:** | **Judge Deborah L. Thorne** |
| | **:** | * * * * * * * * * * * * * * * * * * * |
| | **:** | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**
**(FIRST MORTGAGE)**

The Bank of New York Mellon Trust Company, N.A. as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2005-BC3 ("Creditor"), hereby moves the Court, pursuant to 11 U.S.C. § 362(d) to lift the automatic stay as to real property commonly referred to as 327 Bohland Ave, Bellwood, IL 60104 ("Property") and hereby moves the Court, pursuant to 11 U.S.C. § 1301(c) for relief from the co-debtor stay as to Janice Frazier.  In support of the Motion, the Creditor states the following:

1.   This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois.  This is a core proceeding under 28 U.S.C. § 157(b)(2).  The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

2.   Leroy Frazier, Jr. ("Debtor") filed a Chapter 13 case on September 24, 2015, ("Petition Date").

15-036786_JDM1

3.  As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the mortgage ("Mortgage"), a copy of which is attached as Exhibit "A".

4.  The above described Mortgage was given to secure a promissory note, ("Note"), dated April 8, 2005 and made payable to the Creditor in the original sum of $156,500.00.  A copy of the Note is attached hereto as Exhibit "B".

5.  The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in Cook County Recordings Office on April 22, 2005.  Evidence of perfection is attached as Exhibit "A".

6.  The loan was modified as set forth in the Loan Modification Agreement attached as Exhibit "C".

7.  The subject Note and Mortgage are co-signed by Janice Frazier and that to the extent that the Co-Debtor stay of 11 U.S.C. § 1301 applies to real estate loans, it applies to Janice Frazier and grounds exist for relief therefrom under 11 U.S.C. § 1301(c)(1) as the Co-Debtor received an ownership interest in the Property and under 11 U.S.C. § 1301(c)(3) if the automatic stay is modified therein.

8.  Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

9.  As of December 24, 2015, the outstanding principal of the Note was $101,082.41 and the outstanding interest was $2,825.58.

10. The Debtor is in default post-petition.  No post-petition payments have been made.

15-036786_JDM1

11. Said failure to make post petition mortgage payments constitutes sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1);

12. The Property is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

a. Debtor and Co-Debtor have no equity in the Property and the Property is not needed by the Debtor for its reorganization. Creditor believes that the Property has a value of $106,860.00 based on the Auditor's tax record, which is attached hereto as Exhibit "D". The estimated principal balance is $101,082.41 with additional interest estimated at $2,825.58, totaling a secured claim of approximately $103,907.99. After the costs of sale and payment of all liens on the Property, there will be effectively no equity in this Property. Based upon the lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

b. The Creditor is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor and Co-Debtor have failed to make periodic payments to Creditor since October 1, 2015, which unpaid payments are in the aggregate amount of $2,327.19 through December 24, 2015.

c. As of December 24, 2015, Debtor was to have made 3 post petition payments. No payments have been made by Debtor since the filing of the petition. Debtor is delinquent 3 post petition payments and Debtor intends to surrender the Property located at 327 Bohland Ave, Bellwood, IL 60104 according to the Chapter 13 Plan filed.

13. The Movant requests that the Court order that Rule 4001(a)(3) is not applicable.

WHEREFORE, the Creditor prays for the entry of the attached Order Granting Relief from the Automatic Stay and Co-Debtor Stay.

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)

15-036786_JDM1

Keith Levy (6279243)
Sarah E. Willms (28840-64)
Edward R. Peterka (6220416)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J.
Ruchman.
Contact email is
tjruchman@manleydeas.com

15-036786_JDM1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the

Automatic Stay and Co-Debtor Stay (First Mortgage) was served on the parties listed below via

e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S.
Dearborn Street, Room 873, Chicago, IL 60604

Marilyn O. Marshall, 224 South Michigan, Suite 800, Chicago, IL  60604

Charles L. Magerski, Attorney for  Leroy Frazier, Jr., Sulaiman Law Group, LTD, 900 Jorie
Boulevard, Suite 150, Oak Brook, IL  60523, cmagerski@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale
Blvd,  Grandview Heights, OH 43212, on January  _25_, 2016:

Leroy Frazier, Jr., 327 Bohland Avenue, Bellwood, IL  60104

Leroy Frazier, Jr. and Janice Frazier, 327 Bohland Ave, Bellwood, IL 60104

/s/ Todd J. Ruchman

15-036786_JDM1